**STATE OF LOUISIANA IN THE INTEREST OF A.M.**

\* NO. 2024-CA-0699

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

SCJ **JENKINS, J., CONCURS IN RESULTS ONLY**